UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COURTNEY HOLLIDAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3380** |
| **FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY, DAVIE SHORING, INC., MARYLEEN F. LILLIS, MARTIN MARQUEZ, MARQUEZ INSURANCE AGENCY, INC.** | **SECTION "K"(4)** |

## ORDER

Considering the foregoing unopposed "Motion for Stay of Proceedings" filed on behalf of plaintiff Courtney Holliday,

**IT IS ORDERED** that the motion is GRANTED;

**IT IS FURTHER ORDERED** that the matter is stayed until July 1, 2010.

New Orleans, Louisiana, this  1st  day of June, 2010.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE